UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS CLARK, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C20-339-RSM <br><br> ORDER GRANTING MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

This matter, having come before the Court on Plaintiff's unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b), Dkt. #38, the Court having considered the briefing of Plaintiff and Defendant on this and a prior similar Motion from Plaintiff, Dkt. #31, and finding good cause for entry of this Order, the Court hereby FINDS and ORDERS that Plaintiff's Motion, Dkt. #38, is GRANTED.  Plaintiff's prior Motion, Dkt. #31, is STRICKEN as MOOT.  Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of $19,020, pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,971.52 that were previously awarded, leaving a net fee of $9,048.48. When issuing the check for payment to Plaintiff's attorney, Social Security is directed to send to Plaintiff's attorney the net balance of **$9,048.48**, minus any applicable processing fees as allowed by statute.

DATED this 4th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1